UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONNIE ARNOLD,<br><br>              Plaintiff,<br>    v.<br><br>PNS STORES INC.; 200 SIERRA WAY LLC;<br>and DOES 1-10, inclusive,<br><br>              Defendants. | Case No.: 10-CV-01987-LHK<br><br>ORDER DENYING EXTENSION OF<br>MEDIATION DEADLINE |

The Complaint in this case was filed on May 7, 2010, more than ten months ago. No activity occurred in the case from filing until January, 2011. Accordingly, the Court issued an Order to Show Cause why the case should not be dismissed for failure to prosecute on January 14, 2011. On January 19, 2011, the Plaintiff in this matter filed an untimely Notice of Need for Mediation in lieu of a response to the Order to Show Cause. This Notice should have been filed by September 30, 2010. On January 20, 2011, the Court granted Plaintiff's request to allow the case to proceed to mediation, but noted that "the Court will not grant further continuances without a compelling reason to do so." The mediation deadline is April 30, 2011.

The parties have now submitted a stipulated request to extend the deadline for mediation in this case for two months, from April 30, 2011 to June 30, 2011. The Court hereby DENIES the request to extend the mediation deadline.

1    **IT IS SO ORDERED.**

2    Dated: March 21, 2011

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-01987-LHK
ORDER DENYING EXTENSION OF MEDIATION DEADLINE