UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONNIE ARNOLD, | Case No.: 10-CV-01987-LHK |
| Plaintiff, | |
| v. | |
| PNS STORES INC.; 200 SIERRA WAY LLC; and DOES 1-10, inclusive, | ORDER GRANTING SUBSTITION OF COUNSEL AND SETTING INITIAL CASE MANAGEMENT CONFERENCE |
| Defendants. | |

Plaintiff has submitted a Notice of Substitution of Counsel (Dkt. No. 20).  Substitution of Susan Gibbs as counsel for Plaintiff, and withdrawal of Plaintiff's previous counsel Julie Ostil, is GRANTED.

The Court hereby sets an initial Case Management Conference on July 27, 2011 at 2 p.m.

**IT IS SO ORDERED.**

Dated: May 24, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01987-LHK
ORDER GRANTING SUBSTITUTION OF COUNSEL