UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONNIE ARNOLD, | Case No.: 10-CV-01987-LHK |
| Plaintiff, | |
| v. | ORDER DENYING EXTENSION OF MEDIATION DEADLINE |
| PNS STORES INC.; 200 SIERRA WAY LLC; and DOES 1-10, inclusive, | |
| Defendants. | |

The Court set a Case Management Conference in this case on July 27, 2011. On July 14, 2011, the parties submitted a Joint Case Management Statement. In it, the parties state that they "consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment." By July 22, 2011, the parties shall each file a separate consent or declination to proceed before a U.S. Magistrate Judge. The forms for consenting or declining to proceed before a U.S. Magistrate Judge are available at http://www.cand.uscourts.gov/civilforms. If both parties consent, the case will be reassigned to a U.S. Magistrate Judge.

**IT IS SO ORDERED.**

Dated: July 18, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01987-LHK
ORDER REGARDING CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE